422 A.2d 694

Commonwealth v. Staples, Appellant.

Submitted April 9, 1979. Stanton D. Levenson, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence is affirmed.